IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLIFF LONG, | ) | 4:07CV3015 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed, with prejudice, each party to bear their own costs and attorneys' fees..

September 6, 2007                    BY THE COURT:

                                                                *s/Richard G. Kopf*
                                                                United States District Judge